DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LILYSABEL PADILLA** a/k/a **LILYSABEL PORTALES,**
Appellant,

v.

**TOWN OF SOUTHWEST RANCHES, FLORIDA,** a municipal corporation,
Appellee.

No. 4D19-772

[January 2, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. CACE 16-023170.

Jorge L. Gonzalez of Gonzalez & Vidal P.L., Miami, for appellant.

Richard J. Dewitt and Keith M. Poliakoff of Saul Ewing Arnstein & Lehr LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***